UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON WYATT,

    Petitioner,

        v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 15-cv-00795-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on the Government's Motion for Determination of Representation in Light of Administrative Order 176 (Doc. 5). Administrative Order 176 provides that the Federal Public Defender's Office for the Southern District of Illinois shall be appointed to handle *Johnson*[1]-based motion to vacate or correct sentence.

The case at bar is a 28 U.S.C. § 2255 petition that is *Johnson*-based filed prior to Administrative Order 176. Petitioner's motion survived threshold review and the government was directed to file its response. (Doc. 2). However, in light of Administrative Order 176, the Government requests this Court to make a determination regarding the appointment of the Federal Public Defender and further requests a stay or extension for its response. (Doc. 5).

The Court agrees with the Government that Administrative Order 176 requires the appointment of the Federal Public Defender to represent the Petitioner and it would be more judicially efficient at this stage to stay any response by the Government to the 28 U.S.C. § 2255 petition.

---

1 *Johnson v. United States*, --U.S.--, 135 S.Ct. 2551 (2015) which held that an increased sentence under the residual clause of the Armed Career Criminal Act, 18 U.S.C. § 924(e) violates the right to due process.

Therefore, Government's Motion for Determination of Representation in Light of Administrative Order 176 (Doc. 5) is **GRANTED**.  Pursuant to Administrative Order 176, the Federal Public Defender's Office for the Southern District of Illinois is **APPOINTED** to represent the Petitioner in this matter.  The Court assumes that the Petitioner financially qualifies for appointment of counsel based on the financial affidavit in his criminal proceedings and his subsequent and continuing incarceration.

The Federal Public Defender is **DIRECTED** to file an amended 28 U.S.C. § 2255 petition no later than 60 days after its entry of appearance.  The Government's response to 28 U.S.C. § 2255 petition is **STAYED** until such time as the Court directs the Government to respond to the amended petition.

**IT IS SO ORDERED.**

**DATED:**  10/1/2015           *s/J. Phil Gilbert*
                                **J. PHIL GILBERT**
                                **DISTRICT JUDGE**