# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

AARON WYATT,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 15-cv-00795-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Aaron Wyatt's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**; that judgment is entered in this case in favor of respondent **United States of America** and against petitioner **Arron Wyatt**, and that this case is dismissed with prejudice.

**DATED:** 5/18/2017

**Justine Flanagan**
**Acting Clerk of Court**

**s/*Tina Gray*, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**